To::
the office of the clerk
United States district Court
for the Eastern District of Virginia
701 East Broad Street, Suite 3000
Richmond, Virginia 23219

    I **MACEO SPATES #1199722** Incarcerated at sussex II state prison

24427 MUSSELWHITE DR.
WAVERLY, VA 23891

Is putting the courts on notice that I will be mailing my filing fee separtely due to the prison have deduct the fee from my inmate account.

THANK YOU!

*Maceo Spates*

