**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

MACEO SPATES, #1199722,

        Petitioner,

v.                                                                      ACTION NO. 2:11cv284

HAROLD CLARKE,
Director, Virginia Department of Corrections,

        Respondent.

## O R D E R

Petitioner, a Virginia inmate, has submitted a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  The Petition alleges violation of federal rights pertaining to Petitioner's convictions on May 8, 2007, in the Circuit Court for the City of Virginia Beach for abduction, rape, unlawful wounding, and petit larceny.   As a result of the convictions, Petitioner was sentenced to serve thirty-four years in the Virginia penal system.

To aid the Court in resolving the claims in this petition, Respondents are ORDERED to produce the transcript of Petitioner's February 12, 2007 hearing in the Circuit Court for the City of Virginia Beach (Commonwealth v. Spates, CR06-130 (Feb. 12, 2007)), within thirty days of this Order, and provide a copy to Petitioner.

A copy of this Order shall be sent to Petitioner and counsel of record for Respondents.

                                  _____/s/_____
                                      Tommy E. Miller
                         UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
January 17, 2012