IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

MACEO ALI SPATES, #1199722,
    Petitioner

v.                                         Civil Action No. 2:11cv284

HAROLD W. CLARKE, DIRECTOR,
Virginia Department of Corrections,
    Respondent.

## NOTICE OF APPEAL

Notice is hereby given that Harold W. Clarke, Director, respondent in the above-named action, by counsel, hereby appeals to the United States Court of Appeals for the Fourth Circuit from this Court's orders entered on August 14, 2012, and January 31, 2013.

                                        Respectfully submitted,

                                        Harold W. Clarke, Director,
                                        Virginia Department of Corrections,
                                        Respondent herein.

                                        By_____/s/_____
                                        Matthew P. Dullaghan
                                        Senior Assistant Attorney General
                                        Virginia State Bar Number 22164
                                        Attorney for Respondent
                                        Office of the Attorney General
                                        900 East Main Street
                                        Richmond, Virginia 23219
                                        Telephone:   (804) 786-4073
                                        Facsimile:    (804) 786-0142
                                        MDullaghan@oag.state.va.us

## CERTIFICATE OF SERVICE

I certify that on February 6, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system; and I certify that I have mailed the document and a copy of the Notice of Electronic Filing (NEF) by United States Postal Service to the following CM/ECF non-participant: Maceo Ali Spates, #1199722, Augusta Correctional Center, 1821 Estaline Valley Road, Craigsville, Virginia, 24430, Petitioner.

_____/s/_____
Matthew P. Dullaghan
Senior Assistant Attorney General
Virginia State Bar Number 22164
Attorney for Respondent
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
Telephone: (804) 786-4073
Facsimile: (804) 786-0142
MDullaghan@oag.state.va.us
Senior Assistant Attorney General